United States District Court
For the Northern District of California

1

2

3

4            IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7

8    KEVIN R. McLEAN,

9                     Plaintiff,              NO. C07-5594 TEH

10           v.                               ORDER OF
                                              DISQUALIFICATION
11   WORLD SAVINGS FSB, et al.,

12                  Defendants.

13

14

15      I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled

16   action within the meaning of (E)(2) of the Assignment Plan of this Court, request that the

17   case be reassigned.

18

19   **IT IS SO ORDERED.**

20

21   Dated:   12/11/07                    _____
                                          THELTON E. HENDERSON, JUDGE
22                                        UNITED STATES DISTRICT COURT

23

24

25

26

27

28