Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
R. Euna Kim (SBN 222141)
Email: ekim@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants World Savings Bank FSB (renamed "Wachovia Mortgage, FSB") and Golden West Savings Association Service Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KEVIN R. MCLEAN,<br><br>         Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO; SUSAN FEDERICHI; BILL FORD; JEFFERY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN.<br><br>         Defendants. | Case No.: 3:07-cv-5594 JSW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WORLD SAVINGS BANK FSB AND GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY'S MOTION TO DISMISS**<br><br>Date:     February 29, 2008<br>Time:    9:00 a.m.<br>Ctrm:    2, 17th Floor<br><br>The Honorable Jeffrey S. White |

No.: 3:07-cv-5594 JSW — 1 —

[PROPOSED] ORDER GRANTING DEFENDANTS WORLD SAVINGS BANK FSB AND GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY'S MOTION TO DISMISS

Defendants World Savings Bank FSB, currently known as "Wachovia Mortgage FSB," and Golden West Savings Association Service Company's (hereinafter collectively "Defendants") Motion to Dismiss came on regularly for hearing before this Court on February 29, 2008, at 9:00 a.m. in Courtroom 2. All parties were represented by their respective counsel or appeared *in pro per*.

The Court having considered all papers filed by Plaintiff Kevin McLean ("Plaintiff") and Defendants, as well as all other papers filed in this action and the oral arguments of counsel, and good cause appearing, **ORDERS** as follows:

Defendants' Motion to Dismiss is GRANTED.  Plaintiff's claims do not present a federal question under 28 U.S.C. Section 1331, and do not present any other basis for this Court to exercise jurisdiction over this action

IT IS SO ORDERED.

DATED:

_____
The Honorable Jeffrey S. White
United States District Judge