UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN R MCLEAN

       Plaintiff(s),                            No. C 07-05594 JSW

  v.                                        **CLERK'S NOTICE**

WORLD SAVINGS FSB

       Defendant(s).

_____/

     YOU ARE HEREBY NOTIFIED that on February 29, 2008 at 9:00 a.m., immediately following the hearing on Defendant's Motion to Dismiss, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Initial Case Management Conference **previously noticed for** February 15, 2008 , in this matter.    The joint case management statement shall be due on or before February 22, 2008.

                                              Richard W. Wieking
                                              Clerk, United States District Court

                                              By:_____
                                              Jennifer Ottolini, Deputy Clerk
                                              Honorable Jeffrey S. White
                                              (415) 522-4173

Dated: January 16, 2008