**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN R. MCLEAN,

    Plaintiff,

    v.

WORLD SAVINGS FSB, et al.,

    Defendants.
_____/

No. C 07-05594 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on February 29, 2008 on defendant World Savings Bank FSB, currently known as Wachovia Mortgage FSB, and Golden West Savings Association Service Company's (collectively, "Defendants") motion to dismiss. The Court HEREBY ORDERS that plaintiff Kevin R. McLean's opposition to this motion shall be due by Thursday, January 31, 2008 and Defendants' reply shall be due by Thursday, February 7, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: January 17, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE