WILLIAM L. VEEN, NO. 43150, *in propria persona*
THE VEEN FIRM, P.C.
711 Van Ness Avenue, Suite 220
San Francisco, CA 94102
P.O. Box 7296
San Francisco, CA 94120-7296
Telephone: (415) 673-4800
Facsimile: (415) 771-5845
*mc.team@veenfirm.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

KEVIN R. McLEAN,

Plaintiff,

v.

WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP, LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; SUSAN FEDERIGHI; BILL FORD; JEFFERY FORD; CALIFORNIA FRANCHISE TAX BOARD; and WILLIAM L. VEEN,

DefendantS.

CASE NO. 07-5594 JSW

**ANSWER TO AMENDED COMPLAINT**

Defendant William L. Veen answers plaintiff Kevin R. McLean's Amended Complaint as follows:

## THE PARTIES

1. Answering Paragraph 1 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

2. Answering Paragraph 2 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

3. Answering Paragraph 3 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

4. Answering Paragraph 4 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

5. Answering Paragraph 5 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

6. Answering Paragraph 6 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

7. Answering Paragraph 7 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

8. Answering Paragraph 8 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

9. Answering Paragraph 9 of the Complaint, defendant denies that he is a resident of the City and County of San Francisco, California. Defendant admits that he claims an interest in the property that is the subject of this lawsuit by reason of a judgment lien recorded against said property. As to the remaining allegations of Paragraph 9 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every remaining allegation.

## JURISDICTION AND VENUE

10. Answering Paragraph 10 of the Complaint, defendant does not dispute that this Court has subject-matter jurisdiction.

11. Answering Paragraph 11 of the Complaint, defendant does not dispute that venue is

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

proper in this Court.

**FACTUAL BACKGROUND**

12. Answering Paragraph 12 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

13. Answering Paragraph 13 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

14. Answering Paragraph 14 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

15. Answering Paragraph 15 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

16. Answering Paragraph 16 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

17. Answering Paragraph 16 of the Complaint, defendant William L. Veen admits that he was never given notice of the October 3, 2007 trustee sale. As to the remaining allegations of Paragraph 16 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every remaining allegation.

18. Answering Paragraph 18 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**FIRST CAUSE OF ACTION**

19. Answering Paragraph 19 of the Complaint, defendant incorporates by reference paragraphs 1-18 of this Answer as if stated fully herein.

20. Answering Paragraph 20 of the Complaint, defendant William L. Veen admits that he

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

was never given notice of the October 3, 2007 trustee sale. As to the remaining allegations of Paragraph 20 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every remaining allegation.

21. Answering Paragraph 21 of the Complaint, defendant William L. Veen admits that he was never given notice of the October 3, 2007 trustee sale. As to the remaining allegations of Paragraph 21 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every remaining allegation.

22. Answering Paragraph 22 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

23. Answering Paragraph 23 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**SECOND CAUSE OF ACTION**

24. Answering Paragraph 24 of the Complaint, defendant incorporates by reference paragraphs 1-22 [*sic*] of this Answer as if stated fully herein.

25. Answering Paragraph 25 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

26. Answering Paragraph 26 of the Complaint, defendant admits that he claims an interest in the property that is the subject of this lawsuit by reason of a judgment lien recorded against said property. As to the remaining allegations of Paragraph 26 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every remaining allegation.

27. Answering Paragraph 27 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

**THIRD CAUSE OF ACTION**

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

28. Answering Paragraph 28 of the Complaint, defendant incorporates by reference paragraphs 1-26 [*sic*] of this Answer as if stated fully herein.

29. Answering Paragraph 29 of the Complaint, defendant admits that he claims an interest in the property that is the subject of this lawsuit by reason of a judgment lien recorded against said property. As to the remaining allegations of Paragraph 29 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every remaining allegation.

30. Answering Paragraph 30 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

31. Answering Paragraph 31 of the Complaint, defendant William L. Veen admits that he was never given notice of the October 3, 2007 trustee sale. As to the remaining allegations of Paragraph 31 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every remaining allegation.

## FOURTH CAUSE OF ACTION

32. Answering Paragraph 32 of the Complaint, defendant incorporates by reference paragraphs 1-31 of this Answer as if stated fully herein.

33. Answering Paragraph 33 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

34. Answering Paragraph 34 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

35. Answering Paragraph 35 of the Complaint, defendant William L. Veen admits that he was never given notice of the October 3, 2007 trustee sale. As to the remaining allegations of Paragraph 35 of the Complaint, defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations, and on that basis denies each and every remaining allegation.

36. Answering Paragraph 36 of the Complaint, defendant is without sufficient knowledge

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis denies each and every allegation contained therein.

WHEREFORE, defendant prays as follows:

1. That plaintiff take nothing by reason of his Complaint, that judgment be rendered in favor of defendant;

2. That defendant be awarded his costs of suit incurred in defense of this action; and

3. For such other relief as the Court deems proper.

DATED: January ___, 2008

THE VEEN FIRM, P.C.

By: /s/______________________________
William L. Veen
*In propria persona*

170570_1

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel. (415) 673-4800
www.veenfirm.com

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is The Veen Firm, P.C., 711 Van Ness Avenue, Suite 220, San Francisco, California 94102.

**Electronic Case Filing:**

| | |
|---|---|
| Kevin R. McLean, Esq.<br>Law Office of Belli & McLean<br>473 Jackson Street, 2nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 981-0100<br>Fax: (415) 981-2050 | In Pro Per |
| | |
| Rosalie Euna Kim, Esq.<br>Reed Smith, LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 659-5949 | Attorney for Defendant WORLD SAVINGS FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY |

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.

DATED: January 18, 2008

/s/
Margo Banowicz