1 | BILL FORD, ESQ.  BAR #: 225664
1455 Serra Drive
2 | Pacifica, CA 94044
TEL: (650) 355-1455
3 | E-mail: billford@yahoo.com

4 | Defendant in Pro Per BILL FORD and
Attorney for Defendants SUSAN FEDERIGHI and JEFFREY FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| KEVIN R. McLEAN, | CASE NO.: 3:07-cv-5594 JSW |
|---|---|
| Plaintiff, | **DEFENDANTS BILL FORD'S; SUSAN FEDERICHI'S, AND JEFFREY FORD'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [proposed] ORDER** |
| v. | |
| WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; SUSAN FEDERIGHI; BILL FORD; JEFFREY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN, | |
| | Date: February 29, 2008
Time: 9:00 a.m.
Ctrm: 2, 17th Floor
Judge: Hon. Jeffrey S. White |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** on February 29, 2008 at 9:00 a.m., or as soon thereafter as the parties may be heard, in Courtroom 2 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, before the Honorable Jeffrey S. White, United States District Court Judge, Defendants Bill Ford, Susan Federighi, and Jeffrey Ford (incorrectly named by Plaintiff in suit as "Jeffery" Ford) will move the court to dismiss this action pursuant to to Federal Rules of Civil Procedure Rule 12(b)(1) because this Court lacks subject matter jurisdiction as Plaintiff's claims do

DEFENDANTS BILL FORD'S; SUSAN FEDERICHI'S, AND JEFFREY FORD'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [proposed] ORDER; CASE NO. 3:07-cv-5594 JSW

G:\Data\DOCS\ATTYS\bf\Mot-Dismiss-Notice.pld

not present a federal question under 28 U.S.C. Section 1331, and do not present any other basis for this Court to exercise jurisdiction over this action.

     The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

DATED:  January 22, 2008            By: _____
                                                Defendant In Pro Per Bill Ford and Attorney for
                                                Defendants Susan Federighi and Jeffrey Ford