BILL FORD, ESQ. BAR #: 225664
1455 Serra Drive
Pacifica, CA 94044
TEL: (650) 355-1455
E-mail: billford@yahoo.com

Defendant in Pro Per BILL FORD and
Attorney for Defendants SUSAN FEDERIGHI and JEFFREY FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KEVIN R. McLEAN,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; SUSAN FEDERIGHI; BILL FORD; JEFFREY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN,<br><br>Defendants. | CASE NO.: 3:07-cv-5594 JSW<br><br>[proposed] ORDER RE: DEFENDANTS BILL FORD, SUSAN FEDERIGHI, AND JEFFREY FORD'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1)<br><br>Date: February 29, 2008<br>Time: 9:00 a.m.<br>Ctrm: 2, 17th Floor<br>Judge: Hon. Jeffrey S. White |

Defendants Bill Ford, Susan Federighi, and Jeffrey Ford's Motion to Dismiss Plaintiff's Amended Complaint came on regularly for hearing on February 29, 2008 at 9:00 a.m. in Courtroom 2 of the above-entitled court. Proof having been made to the satisfaction of the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss Plaintiff's Amended Complaint pursuant to FRCP 12(b)(1) is granted and the Amended Complaint is dismissed with prejudice.

[proposed] ORDER RE: DEFENDANTS BILL FORD, SUSAN FEDERIGHI, AND JEFFREY FORD'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1);
CASE NO. 3:07-cv-5594 JSW

G:\Data\DOCS\ATTYS\bf\Mot-Dismiss-Order.pdf

1  **IT IS SO ORDERED.**

3  DATED: _____

                                                                JEFFREY S. WHITE, JUDGE
                                                                UNITED STATES DISTRICT COURT

[proposed] ORDER RE: DEFENDANTS BILL FORD, SUSAN FEDERIGHI, AND JEFFREY FORD'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1); CASE NO. 3:07-cv-5594 JSW

2

G:\Data\DOCS\ATTYS\bf\Mot-Dismiss-Order.pdf