BILL FORD, ESQ.  BAR #: 225664
1455 Serra Drive
Pacifica, CA 94044
TEL: (650) 355-1455
E-mail: billford@yahoo.com

Defendant in Pro Per BILL FORD and
Attorney for Defendants SUSAN FEDERIGHI and JEFFREY FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KEVIN R. McLEAN,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; SUSAN FEDERIGHI; BILL FORD; JEFFREY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN,<br><br>    Defendants. | CASE NO.: 3:07-cv-5594 JSW<br><br>**CERTIFICATE OF SERVICE** |

**KEVIN R. McLEAN v. WORLD SAVINGS FSB, et al.**
United States District Court
for the Northern Disctrict of California
San Francisco Division - Case No.: 3:07-cv-5594 JSW

**PROOF OF SERVICE**

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066. On the date indicated below, I served the within:

1.  **DEFENDANTS BILL FORD'S; SUSAN FEDERICHI'S, AND JEFFREY FORD'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [proposed] ORDER**

2.  **DEFENDANTS BILL FORDS' SUSAN FEDERIGHI'S, AND JEFFREY FORD'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1)**

3.  **[proposed] ORDER RE: DEFENDANTS BILL FORD, SUSAN FEDERIGHI, AND JEFFREY FORD'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(1)**

on the parties in this action by transmitting a true copy of the foregoing document(s) in the following manner:

| | |
|---|---|
| Kevin R. McLean, Esq.<br>Law Offices of Belli & McLean<br>473 Jackson Street, 2nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 981-0100<br>Fax: (415) 981-2050<br>E-mail: krm@bellilaw.com<br>*Pro Sec* | Rosalie Euna Kim, Esq.<br>Reed Smith LLP<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Tel: (415) 659-5949<br>E-mail: ekim@reedsmith.com<br>*Attys for World Savings FSB and Goldn West Savings Association Service Co.* |
| William L. Veen, Esq.<br>The Veen Firm, P.C.<br>711 Van Ness Avenue, Suite 220<br>San Francisco, CA 94102<br>Tel: (415) 673-4800<br>Fax: (415) 771-5845<br>e-mail: mc.team@veenfirm.com<br>*Attys for William L. Veen* | |

[X] (BY MAIL) Pursuant to Code of Civil Procedure §1013(a), I placed a true copy thereof enclosed in a sealed envelope, addressed as set forth above, and deposited each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Clapp, Moroney, Bellagamba & Vucinich. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing of in affidavit.

CERTIFICATE OF SERVICE; CASE NO. 3:07-cv-5594 JSW        2

G:\Data\DOCS\ATTYS\bf\POS-Mot-Dismiss.pld

1  ☐   (BY PERSONAL SERVICE) I caused to be delivered by hand this date each of the above
2      documents, to the following:

3  ☐   (BY FACSIMILE) I caused each of the above documents to be faxed this date to the offices
4      of the following:

5  ☐   (BY FEDEX) I caused each of the above documents to be sent by FedEx this date to the
6      offices of the following:

7  ☒   (BY ECF PACER) I caused to be delivered by ECF PACER this date each of the above
       documents, for which our office will maintain the ECF PACER filing receipt, to the
8      following:

9

10     Executed on January 22, 2008 at San Bruno, California. I declare under penalty of perjury
       under the laws of the State of California that the foregoing is true and correct.
11

12                                                              _____
                                                                Claudia Gomez
13

CERTIFICATE OF SERVICE; CASE NO. 3:07-cv-5594 JSW    3    G:\Data\DOCS\ATTYS\bf\POS-Mot-Dismiss.pld