IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN R. MCLEAN,

    Plaintiff,

v.

WORLD SAVINGS FSB, et al.,

    Defendants.

No. C 07-05594 JSW

**ORDER (1) CONTINUING HEARING AND (2) SETTING BRIEFING SCHEDULE**

On January 22, 2008, defendants Bill Ford, Susan Federighi and Jeffrey Ford (collectively, "Individual Defendants") noticed a motion to dismiss to be heard on February 29, 2008. However, this date was not open when Individual Defendants noticed their motion. The Court HEREBY CONTINUES the hearing on Individual Defendants' motion to March 7, 2008 at 9:00 a.m. The Court FURTHER ORDERS that plaintiff Kevin R. McLean's opposition to this motion shall be due by Wednesday, February 6, 2008 and Individual Defendants' reply shall be due by Wednesday, February 13, 2008.

The Court FURTHER ORDERS that the hearing on the motion to dismiss filed by defendants World Savings Bank FSB, currently known as Wachovia Mortgage FSB, and Golden West Savings Association Service Company's currently set for February 29, 2008 is CONTINUED to March 7, 2008 at 9:00 a.m. This Order does not alter the briefing schedule previously set by the Court on January 17, 2008 with respect to this motion.

If the Court determines that these matters are suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to

1  modify this schedule, they may submit for the Court's consideration a stipulation and proposed
2  order demonstrating good cause for any modification requested.
3  **IT IS SO ORDERED.**

5  Dated: January 22, 2008

   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE