MARK J. ROMEO SBN 112002
LAW OFFICES OF MARK J. ROMEO
130 Sutter Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 395-9315
Facsimile: (415) 395-9318
*romeolaw@msn.com*

Attorneys for Defendant
INTEGRITY INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. MCLEAN,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP, LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; SUSAN FEDERIGHI; BILL FORD; JEFFREY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN,<br><br>Defendants. | No. 07-05594 JSW<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS [FRCP RULE 12 (b)(1) and 12(b)(6)]**<br><br>**Date: February 29, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: Hon. Jeffrey S. White, Courtroom 2, 17th Floor** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on February 29, 2008 at 9:00 a.m.., before the Hon. Jeffrey S. White, United States District Court, Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, pursuant to Federal Rule of Civil Procedure Rule 12(b)(1) and 12(b)(6), Defendant Integrity Investments, LLC, specially appearing herein, will move the court for an order dismissing this case with prejudice, on the grounds that 1) under Rule 12(b)(1), the

court is without subject matter jurisdiction to hear and determine the claims against this defendant because there is no federal question or other federal subject matter jurisdiction over the alleged state law non-judicial foreclosure or eviction action; and 2) pursuant to Rule 12(b)(6), without prejudice to the alternate motion, the complaint fails to state a claim for relief against this defendant because it is a bona fide third party purchaser for value at the sale.

The motion will be based upon this Notice; the Memorandum of Points & Authorities, filed herein and served herewith; and such other evidence and argument as may presented by the moving party at or prior to the hearing of the motion.

Dated: January 23, 2008

LAW OFFICES OF MARK J. ROMEO

By /S/Mark J. Romeo
MARK J. ROMEO
Attorneys for Defendant
INTEGRITY Investment Group LLC

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On January 23, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing ____ a true copy XX____ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**

x I deposited such envelope(s) in the mail at San Francisco,

___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

___ Personally hand delivered said document(s) to addressee

__ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**

__ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**

__ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**

__ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:

**Plaintiff**
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**Defendants World Savings, Golden West Savings Association Service Company**
JACK R. NELSON
R. EUNA KIM
REED SMITH LLP
POB 7936
San Francisco, CA 94120-7936

**Defendants Bill Ford, Jeffrey Ford, Susan Federighi**
BILL FORD
1455 Sierra Drive
Pacifica, CA 94044

**DOCUMENT(S) SERVED:**

**Not of Motion**
**Memo P&A**
**Proposed Order**

x___ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 23, 2008 at San Francisco, California.

Mark J. Romeo — Type or Print Name

/s/ Mark J. Romeo — Signature