1  MARK J. ROMEO    SBN 112002
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone: (415) 395-9315
   Facsimile:     (415) 395-9318
4  *romeolaw@msn.com*

5  Attorneys for Defendant
   INTEGRITY INVESTMENT GROUP, LLC
6

7

8
                         UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

11
   KEVIN R. MCLEAN,                    )   No. 07-05594 JSW
12                                     )
              Plaintiff,                )   **[PROPOSED] ORDER ON**
13                                     )   **MOTION TO DISMISS**
   v.                                  )
14                                     )   **Date: February 29, 2008**
   WORLD SAVINGS FSB; INTEGRITY        )   **Time: 9:00 a.m.**
15 INVESTMENT GROUP, LLC; GOLDEN       )   **Courtroom: Hon. Jeffrey S. White,**
   WEST SAVINGS ASSOCIATION            )   **Courtroom 2, 17th Floor**
16 SERVICE CO.; SUSAN FEDERIGHI; BILL  )
   FORD; JEFFREY FORD; CALIFORNIA      )
17 FRANCHISE TAX BOARD; WILLIAM L.     )
   VEEN,                               )
18                                     )
              Defendants.__            )
19                                     )
                                       )
20                                     )
   _____ )
21       This matter came on for hearing on February 29, 2008 before the Hon. Jeffrey S. White,

22 United States District Court . The court having considered the papers, pleadings and files herein,

23 IT IS HEREBY ORDERED that the motion is granted

24 [ ] Under FRCP Rule 12(b)(1) because the First Amended Complaint does not state any federal

25 question, and therefore there is no original jurisdiction over this cause as to the moving defendant.

26 [ ] Under FRCP Rule 12(b)(6), because there is no claim stated against the moving defendant who

27 under applicable California law is a bona fide purchaser for value as a third party bidder at a

28

1  foreclosure sale conducted under a power of sale.

2  IT IS FURTHER ORDERED THAT this case is and shall be dismissed with prejudice.

3
4                              By _____
                                  JEFFREY S. WHITE
                                  United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On  January 23, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing ____ a true copy XX____ the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**

x     I deposited such envelope(s) in the mail at San Francisco,

____ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

____ Personally hand delivered said document(s) to addressee

____ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**

____ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**

____ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**

____ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:

**Plaintiff**
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**Defendants World Savings, Golden West Savings Association Service Company**
JACK R. NELSON
R. EUNA KIM
REED SMITH LLP
POB 7936
San Francisco, CA 94120-7936

**Defendants Bill Ford, Jeffrey Ford, Susan Federighi**
BILL FORD
1455 Sierra Drive
Pacifica, CA 94044

**DOCUMENT(S) SERVED:**

**Not of Motion and Motion**
**Memo P&A**
**Proposed Order**

x____ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 23, 2008 at San Francisco, California.

 Mark J. Romeo                              /s/ Mark J. Romeo
Type or Print Name                              Signature