1   MARK J. ROMEO    SBN 112002
    LAW OFFICES OF MARK J. ROMEO
2   130 Sutter Street, 7th Floor
    San Francisco, CA 94104
3   Telephone:  (415) 395-9315
    Facsimile:    (415) 395-9318
4   *romeolaw@msn.com*

5   Attorneys for Defendant
    INTEGRITY INVESTMENT GROUP, LLC
6

7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  KEVIN R. MCLEAN,                    )      No. 07-05594 JSW
                                        )
12              Plaintiff,              )      **FIRST AMENDED NOTICE OF**
                                        )      **MOTION AND MOTION TO**
13  v.                                  )      **DISMISS [FRCP RULE 12 (b)(1)**
                                        )      **and 12(b)(6)]**
14  WORLD SAVINGS FSB; INTEGRITY        )
    INVESTMENT GROUP, LLC; GOLDEN       )
15  WEST SAVINGS ASSOCIATION            )
    SERVICE CO.; SUSAN FEDERIGHI; BILL  )      **Date: March 7, 2008**
16  FORD; JEFFREY FORD; CALIFORNIA      )      **Time: 9:00 a.m.**
    FRANCHISE TAX BOARD; WILLIAM L.     )      **Courtroom: Hon. Jeffrey S. White,**
17  VEEN,                               )      **Courtroom 2, 17th Floor**
                                        )
18              Defendants.___          )
                                        )
19                                      )
                                        )
20                                      )
    _____)
21

22  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23  NOTICE IS HEREBY GIVEN that the above captioned motion,  formerly noticed for February 29,

24  2008 at 9:00 a.m., has been changed due to unavailability of the court; and that on **March 7, 2008**

25  **at 9:00 a.m..**, before the Hon. Jeffrey S. White, United States District Court, Courtroom 2, 17th

26  Floor, 450 Golden Gate Avenue, San Francisco, California 94102, pursuant to Federal Rule of

27  Civil Procedure Rule 12(b)(1) and 12(b)(6), Defendant Integrity Investments, LLC, specially

28

1    appearing herein, will move the court for an order dismissing this case with prejudice, on the

2    grounds that 1) under Rule 12(b)(1), the court is without subject matter jurisdiction to hear and

3    determine the claims against this defendant because there is no federal question or other federal

4    subject matter jurisdiction over the alleged state law non-judicial foreclosure or eviction action; and

5    2) pursuant to Rule 12(b)(6), without prejudice to the alternate motion, the complaint fails to state

6    a claim for relief against this defendant because it is a bona fide third party purchaser for value at

7    the sale.

8        The motion will be based upon this First Amended Notice; the Memorandum of Points &

9    Authorities, previously filed and served herein; and such other evidence and argument as may

10    presented by the moving party at or prior to the hearing of the motion.

11    Dated:  January 23, 2008                    LAW OFFICES OF MARK J. ROMEO

12                                               By /S/Mark J. Romeo
                                                   MARK J. ROMEO
13                                                 Attorneys for Defendant
                                                   INTEGRITY Investment Group LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED NOT OF
MOTION TO DISMISS

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On  January 23, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing _____ a true copy  XX_____  the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**

x        I deposited such envelope(s) in the mail at San Francisco,

___     I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

___     Personally hand delivered said document(s) to addressee

___     I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**

___     I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**

__      And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**

_       I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:

**Plaintiff**

KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**Defendants World Savings, Golden West Savings Association Service Company**

JACK R. NELSON
R. EUNA KIM
REED SMITH LLP
POB 7936
San Francisco, CA 94120-7936

**Defendants Bill Ford, Jeffrey Ford, Susan Federighi**

BILL FORD
1455 Sierra Drive
Pacifica, CA 94044

**DOCUMENT(S) SERVED:**

**First Amended Notice of Motion**

x___    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 23, 2008 at San Francisco, California.


 Mark J. Romeo_____        /s/ Mark J. Romeo_____
Type or Print Name                                    Signature

FIRST AMENDED NOT OF
MOTION TO DISMISS