1  MARK J. ROMEO    SBN 112002
   LAW OFFICES OF MARK J. ROMEO
2  130 Sutter Street, 7th Floor
   San Francisco, CA 94104
3  Telephone: (415) 395-9315
   Facsimile:    (415) 395-9318
4  romeolaw@msn.com

5  Attorneys for Defendant
   INTEGRITY INVESTMENT GROUP, LLC

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  KEVIN R. MCLEAN,                    )   No. 07-05594 JSW
                                        )
13                  Plaintiff,          )   **NOTICE OF MOTION AND**
                                        )   **MOTION TO EXPUNGE NOTICE**
14  v.                                  )   **OF PENDING ACTION; AND FOR**
                                        )   **ATTORNEYS FEES**
15  WORLD SAVINGS FSB; INTEGRITY        )
    INVESTMENT GROUP, LLC; GOLDEN       )
16  WEST SAVINGS ASSOCIATION            )   **Date: March 7, 2008**
    SERVICE CO.; SUSAN FEDERIGHI; BILL  )   **Time: 9:00 a.m.**
17  FORD; JEFFREY FORD; CALIFORNIA      )   **Courtroom: Hon. Jeffrey S. White,**
    FRANCHISE TAX BOARD; WILLIAM L.     )   **Courtroom 2, 17th Floor**
18  VEEN,                               )
                                        )
19                  Defendants.___      )
                                        )
20                                      )
    _____   )
21

22  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23  NOTICE IS HEREBY GIVEN that on March 7, 2008 at 9:00 a.m.., before the Hon. Jeffrey S.

24  White, United States District Court, Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San

25  Francisco, California 94102, pursuant to California Code of Civil Procedure § 405.32, Defendant

26  Integrity Investments, LLC, specially appearing herein, will, and hereby does, move the court for

27  an order expunging the Notice of Pending Action recorded on November 5, 2007, as Instrument

28

1  No. 2007-158458 in the Office of the San Mateo County Recorder against defendant's real
2  property commonly known as 481 West Maple Way, Woodside, California 94062, and as legally
3  described in the proposed order filed herewith.
4  NOTICE IS FURTHER GIVEN that defendant will move the court for an order under California
5  code of Civil Procedure Section 405.38 awarding it attorneys fees for this motion in the amount
6  of $900.00.
7      The motion will be made on the grounds that plaintiff cannot establish the probable validity
8  of the state law real property claim in this action.
9      The motion will be based upon this Notice; the Declaration of Mark J. Romeo, the
10 Memorandum of Points & Authorities, filed herein and served herewith; and such other evidence
11 and argument as may presented by the moving party at or prior to the hearing of the motion.

Dated: January 24, 2008                    LAW OFFICES OF MARK J. ROMEO

                                          By /S/Mark J. Romeo
                                            MARK J. ROMEO
                                          Attorneys for Defendant
                                          INTEGRITY Investment Group LLC

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On  January 24, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing ____ a true copy  XX  the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**

x    I deposited such envelope(s) in the mail at San Francisco,

___ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

___ Personally hand delivered said document(s) to addressee
___ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**

___ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**

___ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**

___ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:

**Plaintiff**
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**Defendants World Savings, Golden West Savings Association Service Company**
JACK R. NELSON
R. EUNA KIM
REED SMITH LLP
POB 7936
San Francisco, CA 94120-7936

**Defendants Bill Ford, Jeffrey Ford, Susan Federighi**
BILL FORD
1455 Sierra Drive
Pacifica, CA 94044

**DOCUMENT(S) SERVED:**

**Not of Motion**
**Memo P&A**
**Proposed Order**
**Decl of Romeo**

x    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on  January 24, 2008  at San Francisco, California.

 Mark J. Romeo                              /s/ Mark J. Romeo
Type or Print Name                                 Signature