MARK J. ROMEO    SBN 112002
LAW OFFICES OF MARK J. ROMEO
130 Sutter Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 395-9315
Facsimile:     (415) 395-9318
*romeolaw@msn.com*

Attorneys for Defendant
INTEGRITY INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. MCLEAN,<br><br>        Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP, LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; SUSAN FEDERIGHI; BILL FORD; JEFFREY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN,<br><br>        Defendants. | No. 07-05594 JSW<br><br>**DECLARATION OF MARK J. ROMEO IN SUPPORT OF MOTION TO EXPUNGE NOTICE OF PENDING ACTION**<br><br>**Date: March 7, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: Hon. Jeffrey S. White, Courtroom 2, 17th Floor** |

I, Mark J. Romeo, state:

      1.    I am attorney for the defendant in this case with my business address at 130 Sutter Street, 7th Floor, San Francisco, California 94104. I am also the attorney of record in the underlying state court case removed to this court in the instant action, <u>Integrity Investments, LLC v. Kevin R. McLean</u>, San Mateo Superior Court No. CLJ 195809 (hereinafter the "Eviction Action").

1    2.    Attached hereto as Exhibit 1 is a true and correct copy of a title report on the subject real property,  481 West Maple Way, Woodside, California 94062, showing that the plaintiff in this action recorded a Notice of Pending Action against the real property on November 5, 2007, as Instrument No. 2007-158458, in the Office of the San Mateo County Recorder. This document has not been served on the defendant at any time.

3.    Defendant has incurred expenses for three hours of attorney tome for making this motion which is two hours to prepare it, including factual and legal research, and one hour for the hearing. My usual hourly rate is $300.00  per hour. This is the reasonable cost of making the motion.

Under penalty of perjury I certify the foregoing to be true and correct of my own personal knowledge, that I can give competent testimony thereto if called as a witness in court, and that this Declaration was executed at San Francisco, California on **January 24, 2008.**

/s/Mark J. Romeo  
Mark J. Romeo

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On <u>January 24, 2008</u>, I served the foregoing document(s) on the interested party(ies) in this action by placing _____ a true copy  XX  the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**

x     I deposited such envelope(s) in the mail at San Francisco,

_____ I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

_____ Personally hand delivered said document(s) to addressee

_____ I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**

_____ I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**

_____ And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**

_____ I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

<u>PARTY(IES) SERVED</u>:

**Plaintiff**
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111

**Defendants World Savings, Golden West Savings Association Service Company**
JACK R. NELSON
R. EUNA KIM
REED SMITH LLP
POB 7936
San Francisco, CA 94120-7936

**Defendants Bill Ford, Jeffrey Ford, Susan Federighi**
BILL FORD
1455 Sierra Drive
Pacifica, CA 94044

<u>**DOCUMENT(S) SERVED:**</u>

**Not of Motion**
**Memo P&A**
**Proposed Order**
**Decl of Romeo**

 x     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on <u>January 24, 2008</u> at San Francisco, California.

 <u>Mark J. Romeo</u>                              <u>/s/ Mark J. Romeo</u>
 Type or Print Name                              Signature

8631-01\dist-ct\EXPUNGE-dec-mjr                        DEC. OF ROMEO MOTION TO EXPUNGE

3