Visit Us on our Website: www.ctic.com

 **Chicago Title Company**

**ISSUING OFFICE:** 110 W. Taylor St. • San Jose, CA 95110
408 271-7600 • FAX 408 286-8124

**FOR SETTLEMENT INQUIRIES, CONTACT:** Chicago Title Company - Walnut Creek Ygnacio
785 Ygnacio Valley Rd. • Walnut Creek, CA 94596
925-288-8300 • FAX 925-256-8445

## PRELIMINARY REPORT

**Amended**

Title No.: 07-**84708443**-B
Locate No.: CACTI7741-7707-2393-0084708443

Escrow Officer: Nancy Romano
Escrow No.: 07-**39303795**-NR

TO:   Diablo Realty
      975 Ygnacio Valley Road
      Walnut Creek, CA  94596

      ATTN: Glen Guillory

SHORT TERM RATE:  yes

**PROPERTY ADDRESS:**   481 West Maple Road, Woodside, California

**EFFECTIVE DATE: November 2, 2007, 07:30 A.M.**

The form of policy or policies of title insurance contemplated by this report is:

   ALTA Loan Policy (10/17/92) with ALTA Endorsement-Form 1 Coverage

   ALTA Homeowner's Policy of Title Insurance For a One-To-Four Family Residence (10/22/03)

1. THE ESTATE OR INTEREST IN THE LAND HEREINAFTER DESCRIBED OR REFERRED TO COVERED BY THIS REPORT IS:

   A Fee

2. TITLE TO SAID ESTATE OR INTEREST AT THE DATE HEREOF IS VESTED IN:

   **Integrity Investment Group, LLC**

3. THE LAND REFERRED TO IN THIS REPORT IS DESCRIBED AS FOLLOWS:

   SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

DG\DG  10/15/2007


EXHIBIT 1

1

CLTA Preliminary Report Form - Modified (11/17/06)

Title No. 07-**84708443**-B
Locate No. CACTI7741-7707-2393-0084708443

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF WOODSIDE, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Beginning at a point in the Westerly line of West Maple Way, which bears North 83° 31' West 50 feet and South 6° 29' West 33.30 feet from the Northwesterly corner of Lot 20 in Block 206, as shown on the Map entitled, "ESTATES OF EMERALD LAKE SUBDIVISION TWO", which Map was filed in the office of the Recorder of San Mateo County, State of California on August 1, 1927 in Book 16 of Maps at Pages 18, 19, 20 and 21; thence Northerly along said Westerly line of West Maple Way, North 6° 29' East 33.30 feet to the point on a curve to the right, having a radius of 237.03 feet; thence along said curve, 88.39 feet to its end; thence North 27° 51' East 19.00 feet; thence leaving said Westerly line of West Maple Way, North 61° 46' 30" West 337.63 feet to an angle point in the Northwesterly line of that certain parcel of land described in the Agreement from Lenolt Securities Corporation, a Corporation, to Agnes Mary Mahon, dated September 3, 1935 and recorded September 4, 1935 in Book 660 of Official Records of San Mateo County at Page 43, being also the Southeasterly line of that certain parcel of land described in Agreement of sale between Lenolt Securities Corporation, a Corporation, and John J. Harper, dated June 4, 1937 and recorded August 25, 1937 in Book 759 of Official Records of San Mateo County at Page 260; thence along the dividing line of the lands described in said Agreement, South 9° 42' West 79.01 feet and South 16° 28' 30" West 60.00 feet; thence leaving said dividing line South 61° 20' 15" East 329.64 feet to the Westerly line of West Maple Way and the point of beginning.

Joint Plant No: 068-011-110-13A

APN: 068-110-130-9

CLTA Preliminary Report Form - Modified (11/17/06)

Title No. 07-**84708443**-B
Locate No. CACTI7741-7707-2393-0084708443

**AT THE DATE HEREOF, ITEMS TO BE CONSIDERED AND EXCEPTIONS TO COVERAGE IN ADDITION TO THE PRINTED EXCEPTIONS AND EXCLUSIONS IN SAID POLICY FORM WOULD BE AS FOLLOWS:**

1. **Property taxes**, including any personal property taxes and any assessments collected with taxes, for the fiscal year 2007-2008, Assessor's Parcel Number 068-110-130-9.

    | | |
    |---|---|
    | Code Area Number: | 15 092 |
    | 1st Installment: | $4,369.59 open |
    | 2nd Installment: | $4,369.59 open |
    | Land: | $786,902.00 |
    | Improvements: | $665.00 |
    | Exemption: | |
    | Personal Property: | |

2. **The lien of supplemental taxes**, if any, assessed pursuant to the provisions of Chapter 3.5 (Commencing with Section 75) of the Revenue and Taxation code of the State of California.

3. **Easement(s)** for the purpose(s) shown below and rights incidental thereto as granted in a document.

    | | |
    |---|---|
    | Granted to: | Agnes Mary Mahon |
    | Purpose: | Public Utilities |
    | Recorded: | July 14, 1938, Book 803, Page 38, of Official Records |
    | Affects: | the Northwesterly 25 feet of said land |

4. **Covenants, conditions and restrictions** in the declaration of restrictions but omitting any covenant or restriction, if any, based on race, color, religion, sex, handicap, familial status or national origin as set forth in applicable state or federal laws, except to the extent that said covenant or restriction is permitted by applicable law.

    | | |
    |---|---|
    | Recorded: | July 14, 1938, Book 803, Page 38, of Official Records |

    NOTE: If you should request a copy of the document referred to above, the California Government Code Section 12956.1 requires that a county recorder, title insurance company, escrow company, real estate broker, real estate agent, or association that provides a copy of a declaration, governing document, or deed to any person, shall place a cover page or stamp on the first page of the previously recorded document or documents stating, in at least 14-point boldface type, the following:

    If this document contains any restriction based on race, color, religion, sex, familial status, marital status, disability, national origin, or ancestry, that restriction violates state and federal fair housing laws and is void, and may be removed pursuant to Section 12956.1 of the Government Code. Lawful restrictions under state and federal law on the age of occupants in senior housing or housing for older persons shall not be construed as restrictions based on familial status.

3

CLTA Preliminary Report Form - Modified (11/17/06)

ITEMS: (continued)

Title No. 07-**84708443**-B
Locate No. CACTI7741-7707-2393-0084708443

5. **A deed of trust** to secure an indebtedness in the amount shown below, and any other obligations secured thereby

   Amount:         $250,000.00
   Dated:          January 3, 1991
   Trustor:        Kevin R. McLean, an unmarried man
   Trustee:        First American Title Insurance Company
   Beneficiary:    Andrew A. Bender, Jr.
   Loan No.:
   Recorded:       January 9, 1991, Instrument No. 91002381, of Official Records

   Insured - Yes

   This Company is in the process of investigating the status of the above item. Please be advised that, at this time, we find no release of record.

6. Any irregularity of the proceedings leading up to and including the Recording of the Trustee's Deed
   Dated: October 3, 2007
   From: Golden West Savings Association Service Co.
   To: Integrity Investment Group, LLC
   Recorded: October 11, 2007 as Document No. 2007-148548, Official Records, San Mateo County

   Affidavits showing proper posting, mailing and publication of the Notice or Default, Notice of Sale, and evidence that those parties were not in the Armed Services, must be submitted for Examination.

7. **A pending Court Action** as disclosed by a recorded notice:

   Plaintiff:       Kevin R. McLean
   Defendant:       World Savings FSB; Integrity Investment Group LLC; Golden West Savings Association Service Co.; et al
   County:          San Francisco
   Court:           United States District Court
   Case No.:        CV 07 5594
   Nature of
   Action:          title to plantiff's real property
   Recorded:        November 5, 2007, Instrument No. 2007-158548, of Official Records

                            **END OF ITEMS**

Note 1.  The current owner does NOT qualify for the $20.00 discount pursuant to the coordinated stipulated judgments entered in actions filed by both the Attorney General and private class action plaintiffs for the herein described property.