**When Recorded Return to:**
MARK J. ROMEO     SBN 112002
LAW OFFICES OF MARK J. ROMEO
130 Sutter Street, 7th Floor
San Francisco, CA 94104
Telephone:  (415) 395-9315
Facsimile:      (415) 395-9318
*romeolaw@msn.com*

Attorneys for Defendant
INTEGRITY INVESTMENT GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. MCLEAN,<br><br>           Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP, LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; SUSAN FEDERIGHI; BILL FORD; JEFFREY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN,<br><br>           Defendants. | No. 07-05594 JSW<br><br>**[PROPOSED] ORDER ON MOTION TO EXPUNGE NOTICE OF PENDING ACTION AND FOR FEES**<br><br>**Date: March 7, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: Hon. Jeffrey S. White,**<br>**Courtroom 2, 17th Floor** |

    This matter came on for hearing on March 7, 2008 before the Hon. Jeffrey S. White, United States District Court . The court having considered the papers, pleadings and files herein, IT IS HEREBY ORDERED that the motion is granted pursuant to California Code of Civil Procedure § 405.32, and that the Notice of Pending Action recorded on November 5, 2007, as Instrument No. 2007-158458  in the Office of the San Mateo County Recorder against defendant's

8631-01\dist-ct\EXPUNGE-ORD

ORDER-MOTION TO EXPUNGE

1 | real property commonly known as 481 West Maple Way, Woodside, California 94062, and as
2 | legally described in Exhibit A hereto, is EXPUNGED.
3 | IT IS FURTHER ORDERED THAT defendant Integrity Investment Group, LLC, as prevailing
4 | party, is awarded attorneys fees in the amount of $900.00.

By _____
JEFFREY S. WHITE
United States District Judge

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action; my business address is 130 Sutter Street, 7th Floor, San Francisco, CA 94104.

On  January 24, 2008, I served the foregoing document(s) on the interested party(ies) in this action by placing ____ a true copy  XX  the original of said document(s) in a sealed envelope(s) addressed as stated below and

**BY MAIL**

x    I deposited such envelope(s) in the mail at San Francisco,

___    I am "readily familiar" with the office's practice of collection and processing correspondence for mailing. Under that practice, the mail would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY PERSONAL SERVICE**

___    Personally hand delivered said document(s) to addressee

___    I caused said document(s) to be served via personal service

**BY OVERNIGHT MESSENGER**

___    I caused said document(s) to be served by for next-day delivery, by agreement with tenants

**BY FACSIMILE**

___    And I faxed such document(s) to telephone number. A transaction report confirming a successful transmission was obtained.

**BY certified or registered mail**

___    I deposited such envelope(s) in the mail at San Francisco, California with the U.S. postal service on that same day with postage thereon fully prepaid, certified mail, return receipt requested.

PARTY(IES) SERVED:

**Plaintiff**
KEVIN R. MCLEAN
LAW OFFICES OF BELLI & MCLEAN
473 Jackson Street, Second Floor
San Francisco, CA 94111
**Defendants World Savings, Golden West Savings Association Service Company**
JACK R. NELSON
R. EUNA KIM
REED SMITH LLP
POB 7936
San Francisco, CA 94120-7936
**Defendants Bill Ford, Jeffrey Ford, Susan Federighi**
BILL FORD
1455 Sierra Drive
Pacifica, CA 94044

**DOCUMENT(S) SERVED:**

**Not of Motion and Motion**
**Memo P&A**
**Proposed Order**
**Decl of Romeo**

x    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on  January 24, 2008  at San Francisco, California.

 Mark J. Romeo                              /s/ Mark J. Romeo
Type or Print Name                              Signature

8631-01\dist-ct\EXPUNGE-ORD

ORDER-MOTION TO EXPUNGE