**LEGAL DESCRIPTION**

**EXHIBIT "A"**

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF WOODSIDE, COUNTY OF SAN MATEO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Beginning at a point in the Westerly line of West Maple Way, which bears North 83° 31' West 50 feet and South 6° 29' West 33.30 feet from the Northwesterly corner of Lot 20 in Block 206, as shown on the Map entitled, "ESTATES OF EMERALD LAKE SUBDIVISION TWO", which Map was filed in the office of the Recorder of San Mateo County, State of California on August 1, 1927 in Book 16 of Maps at Pages 18, 19, 20 and 21; thence Northerly along said Westerly line of West Maple Way, North 6° 29' East 33.30 feet to the point on a curve to the right, having a radius of 237.03 feet; thence along said curve, 88.39 feet to its end; thence North 27° 51' East 19.00 feet; thence leaving said Westerly line of West Maple Way, North 61° 46' 30" West 337.63 feet to an angle point in the Northwesterly line of that certain parcel of land described in the Agreement from Lenolt Securities Corporation, a Corporation, to Agnes Mary Mahon, dated September 3, 1935 and recorded September 4, 1935 in Book 660 of Official Records of San Mateo County at Page 43, being also the Southeasterly line of that certain parcel of land described in Agreement of sale between Lenolt Securities Corporation, a Corporation, and John J. Harper, dated June 4, 1937 and recorded August 25, 1937 in Book 759 of Official Records of San Mateo County at Page 260; thence along the dividing line of the lands described in said Agreement, South 9° 42' West 79.01 feet and South 16° 28' 30" West 60.00 feet; thence leaving said dividing line South 61° 20' 15" East 329.64 feet to the Westerly line of West Maple Way and the point of beginning.

Joint Plant No: 068-011-110-13A

APN: 068-110-130-9