UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTEGRITY INVESTMENT GROUP, | No. C 07-06221 MHP |
| Plaintiff(s), | **REFERRAL ORDER** |
| v. | |
| KEVIN R. MCLEAN, | |
| Defendant(s). | |

Pursuant to Civil Local Rule 3-12(c), the Court orders that the above-captioned case is referred to Judge Jeffrey S. White to determine whether it is related to *Kevin R. McLean -v- World Savings FSB et al*, Case No. C 07-5594 JSW.

Dated: 1/24/2008

MARILYN HALL PATEL
United States District Court Judge