UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN R MCLEAN

        Plaintiff(s),                                    No. C 07-05594 JSW

  v.                                               **CLERK'S NOTICE**

WORLD SAVINGS FSB

        Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on **March 28, 2008,** at **9:00 a.m.**, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the 1) Motion to Dismiss filed by World Savings; 2) Motion to Dismiss filed by Integrity Investments; 3) Motion to Dismiss by Individual Defendants 4) Motion To Expunge Notice of Pending Action and for Attorneys Fees; and 5) Initial CMC **previously noticed for** March 7, 2008 , in this matter.   The joint case management statement shall be due on or before March 21, 2008.

                                                Richard W. Wieking
                                               Clerk, United States District Court

                                               By:_____
                                               Jennifer Ottolini, Deputy Clerk
                                               Honorable Jeffrey S. White
                                               (415) 522-4173

Dated:  January 31, 2008

NOTE: .  The rescheduling of a hearing date for a motion does not change the date on which the opposition brief or reply brief is due.