IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN R. MCLEAN,

    Plaintiff,

    v.

WORLD SAVINGS FSB, et al.,

    Defendants.

No. C 07-05594 JSW

**ORDER TO SHOW CAUSE**

    The motion to dismiss filed by Wachovia Mortgage FSB, and Golden West Savings Association Service Company's (collectively, the "Bank Defendants") is scheduled to be heard on March 28, 2008. On January 17, 2008, this Court issued a briefing schedule on this motion and informed plaintiff Kevin R. McLean ("Plaintiff") that his opposition to the motion was due to be filed by no later than January 31, 2008. To date, no opposition has been filed.

    Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by February 8, 2008, why the Bank Defendants' pending motion to dismiss should not be granted in light of his failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to the Bank Defendants' motion, Plaintiff must demonstrate good cause for failing to file his opposition brief in a timely fashion. In his response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that his failure to respond this Order by February 8, will result in a dismissal of this action against the Bank Defendants.

If Plaintiff seeks to file a substantive response to the Bank Defendant's motion and demonstrates good cause for his delay, the Court will provide the Bank Defendants an opportunity to file a reply brief. The hearing on this motion remains set for March 28, 2008, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: February 5, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2