**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. MCLEAN, | |
| Plaintiff, | No. C 07-05594 JSW |
| v. | |
| WORLD SAVINGS FSB, et al., | **ORDER TO SHOW CAUSE RE THE INDIVIDUAL DEFENDANTS' MOTION TO DISMISS** |
| Defendants. | |

The motion to dismiss filed by defendants Bill Ford, Susan Federighi and Jeffrey Ford (collectively, "Individual Defendants") is scheduled to be heard on March 28, 2008. On January 22, 2008, this Court issued a briefing schedule on this motion and informed plaintiff Kevin R. McLean ("Plaintiff") that his opposition to the motion was due to be filed by no later than February 6, 2008. To date, no opposition has been filed.

Plaintiff is HEREBY ORDERED TO SHOW CAUSE ("OSC") in writing, by February 12, 2008, why the Individual Defendants' motion to dismiss should not be granted in light of his failure to file a timely opposition or statement of non-opposition. If Plaintiff seeks to file a substantive response to the Individual Defendants' motion, Plaintiff must demonstrate good cause for failing to file his opposition brief in a timely fashion. In his response to this OSC, Plaintiff is also directed to show cause why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that his failure to respond this Order by February 12, 2008, will result in a dismissal of this action against the Individual Defendants.

If Plaintiff seeks to file a substantive response to Integrity's motion and demonstrates good cause for his delay, the Court will provide the Individual Defendants an opportunity to file a reply brief. The hearing on this motion remains set for March 28, 2008, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: February 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE