Kevin R. McLean, CSB 127209
Law Offices of Belli & McLean
473 Jackson Street, Second Floor
San Francisco, CA  94111
Telephone:  (415) 981-0100
Facsimile:  (415) 981-2050

Plaintiff in Pro Per
Kevin R. McLean

# In The United States District Court
# In and For the Northern Court of California
# [San Francisco]

| | |
|---|---|
| KEVIN R. McLEAN,<br><br>              Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP, LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO; SUSAN FEDERIGHI; BILL FORD; JEFFERY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM  L. VEEN,<br><br>              Defendants. | Case No.: C 07-5594 JSW<br><br>REPSPONSE TO ORDER TO SHOW CAUSE |

        Plaintiff, KEVIN R. McLEAN, ("McLean") hereby responds to Court's

Order to Show Cause as follows:

### DECLARATION OF KEVIN R. McLEAN

1.  I am the Plaintiff in the above captioned case and make the following

    declaration from my own personal knowledge.  I can competently testify about

    the following under oath if called upon to do so.

///

2. I am currently a sole practitioner that, due to illness and resulting economic problems, have no staff to assist me. I am basically an in Pro Per Plaintiff trying to save the home I have lived in for over 17 years.

3. During the last part of December 2007 continuing through January 2008, I have been ill, and have had my Internet phone service cut off since the end of December through today's date (2/8/08). I was unaware of this Court's scheduling Order and the current OSC until February 7, 2008, when my sister found these items as she remotely checked my email.

4. I respectfully request that this Court find as a result of illness and financial difficulties, that good cause exists to allow me to file a substantive opposition to the Bank Defendants' Motion to Dismiss. I would ask this Court to allow me to file my opposition by February 21, 2008 with Defendants' reply due after that.

5. I believe further good cause exists to allow this case to go forward against the Bank Defendants due to the case of <u>In re Acosta</u>, a case from United States Bankruptcy Court in Arizona, 181 B.R. 477. The Federal Court held that under facts completely on point with my case that the Bank Defendants had a duty to provide me with **Actual Notice** of the rescheduled Trustee date after dismissal of my Bankruptcy Petition.

6. The fact that no notice was given to me or the lien holders on my property is further evidence that due process rights under the United States Constitution and the California State Constitution were violated by the acts of the Bank Defendants.

Signed under Penalty of Perjury on February 8, 2008, in Woodside, CA.

<u>/s/ Kevin R. McLean</u>
KEVIN R. M<u>c</u>LEAN