IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. MCLEAN,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-05594 JSW<br><br>**ORDER DISCHARGING ORDERS TO SHOW CAUSE** |

The Court has received plaintiff Kevin R. McLean ("Plaintiff") response to the Order to Show Cause ("OSC") issued on February 5, 2008. Having considered this submission, the Order to Show Cause is hereby DISCHARGED. The Court further DISCHARGES the OSC issued by this Court on February 8, 2008.

Now pending before the Court are the following four motions: (1) the motion to dismiss filed by defendants Wachovia Mortgage FSB, and Golden West Savings Association Service Company (collectively, the "Bank Defendants"); (2) the motion to dismiss filed by defendants Bill Ford, Susan Federighi and Jeffrey Ford (collectively, "Individual Defendants"); (3) the motion to dismiss filed by defendant filed by Integrity Investment Group, LLC ("Integrity"); and (4) the motion to expunge the notice of pending action filed by Integrity. Plaintiff has missed the deadline to oppose all of these motions. However, in light of Plaintiff's response to the OSC, the Court HEREBY CONTINUES Plaintiff's time to file oppositions with respect to all four of these motions to February 21, 2008. The Bank Defendants, the Individual Defendants,

and Integrity shall have until February 28, 2008 to file their respective replies. The Court will not grant any further extensions absent a showing of extremely good cause.

**IT IS SO ORDERED.**

Dated: February 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE