Kevin R. M<sup>c</sup>Lean, CSB 127209
Law Offices of Belli & M<sup>c</sup>Lean
473 Jackson Street, Second Floor
San Francisco, CA 94111
Telephone: (415) 981-0100
Facsimile: (415) 981-2050

Plaintiff in Pro Per
Kevin R. M<sup>c</sup>Lean

# In The United States District Court
# In and For the Northern Court of California
# [San Francisco]

| | |
|---|---|
| KEVIN R. M<sup>c</sup>LEAN,<br><br>     Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP, LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO; SUSAN FEDERIGHI; BILL FORD; JEFFERY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN,<br><br>     Defendants. | Case No.: C 07-05594 JSW<br><br>OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS |

NOW COMES PLAINTIFF, KEVIN R. M<sup>c</sup>LEAN, ("M<sup>c</sup>Lean") and submits the following opposition to Defendants' Motions to Dismiss.

## INTRODUCTION

The factual allegations in Plaintiff's Complaint must be taken as true for purposes of evaluating Defendants' Motions to Dismiss. The complaint when viewed in its entirety, including exhibits, states valid causes of actions.

///

Plaintiff's complaint alleges that Defendants' held an alleged Trustee Sale of Plaintiff's real property without notice, in violation of Plaintiff's constitutional rights to due process.  The complaint further alleges the conduct of Defendants holding an unauthorized Trustee Sale violated the automatic stay provisions of Federal Bankruptcy law as well as the due process rights of lien-holders who were also not given notice of any sale.  These allegations must be taken as true for purposes of this motion.

## ARGUMENT

Plaintiff's Complaint properly alleges Federal Question jurisdiction and venue, which allows this action to go forward.  Nothing in Defendants' motions is adequate to overcome the presumption of Plaintiff's factual allegations coupled with the Federal Claims that were violated by Defendants' conduct.

This Court can gain further guidance by reviewing the case of <u>In re Acosta</u>, a case from United States Bankruptcy Court in Arizona, 181 B.R. 477.  The Federal Court held that under facts completely on point with the facts alleged in Plaintiff's complaint, the Bank Defendants had a duty to provide Plaintiff and all lien holders of record with **Actual Notice** of any rescheduled Trustee sale after dismissal of Plaintiff's Bankruptcy Petition.  The automatic stay attaching to Plaintiff's Bankruptcy filing stops Defendants' from continuing any sale.

In any event, assuming arguendo that Plaintiff's Complaint needs amendment in light of any issues raised in Defendant's motions, this Court should allow Plaintiff the opportunity to amend his pleadings.  Therefore dismissal of this Case is not warranted under all the facts and circumstances stated herein.

///

///

///

# CONCLUSION

Plaintiff's Complaint contains sufficient factual allegations to defeat Defendants' Motions to Dismiss. This Court should order Defendants' to answer the Complaint within thirty (30) days.

Dated: February 21, 2008            Respectfully Submitted

                                              /S/   KEVIN R. M$^C$LEAN
                                        KEVIN R. M$^C$LEAN