# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| McLean,<br><br>            Plaintiff(s),<br><br>    v.<br><br>World Savings FSB,<br><br>            Defendant(s). | 07-05594 JSW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-05594 JSW                                                    -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: March 13, 2008

                    RICHARD W. WIEKING
                    Clerk
                    by:    Timothy J. Smagacz

*/s/ Timothy Smagacz*

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-05594 JSW                        -2-

PROOF OF SERVICE

Case Name:      McLean v. World Savings FSB

Case Number:    07-05594 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On March 13, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Kevin Roy McLean
> Law Offices of Belli & McLean
> 473 Jackson Street
> 2nd Floor
> San Francisco, CA 94111
> krm@bellilaw.com
>
> Rosalie Euna Kim
> Reed Smith LLP
> Two Embarcadero Center, Suite 2000
> San Francisco, CA 94111
> ekim@reedsmith.com
>
> Mark Joseph Romeo
> Law Offices of Mark J. Romeo
> 153 Townsend Street
> Suite 950
> San Francisco, CA 94107-1907
> romeolaw@msn.com
>
> Jeffrey Michael Vucinich

Clapp Moroney Bellagamba & Vucinich
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066
jvucinich@clappmoroney.com

California Franchise Tax Board
,

William Louis Veen
The Veen Firm, P.C.
711 Van Ness Avenue
Suite 220
San Francisco, CA 94102
mc.team@veenfirm.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 13, 2008 in San Francisco, California.

                              RICHARD W. WIEKING
                              Clerk
                              by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov