1  Jack R. Nelson (SBN 111863)
   Email:  jnelson@reedsmith.com
2  R. Euna Kim (SBN 222141)
   Email:  ekim@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
8
   Attorneys for Defendants World Savings Bank
9  FSB (renamed "Wachovia Mortgage, FSB") and
   Golden West Savings Association Service
10 Company

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO/OAKLAND DIVISION

14
   KEVIN R. MCLEAN,                      Case No.: 3:07-cv-5594 JSW
15
                    Plaintiff,           **ADR CERTIFICATION BY PARTIES AND
16                                       COUNSEL**

17      vs.

18 WORLD SAVINGS FSB; INTEGRITY
   INVESTMENT GROUP LLC; GOLDEN WEST
19 SAVINGS ASSOCIATION SERVICE CO;
   SUSAN FEDERICHI; BILL FORD; JEFFERY
   FORD; CALIFORNIA FRANCHISE TAX
20 BOARD; WILLIAM L. VEEN.

21                    Defendants.

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he

2  or she has:

3    (1)    Read the handbook entitled "*Dispute Resolution Procedures in the Northern District*

4  *of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies*

5  *are available from the clerk's office for parties in cases not subject to the court's Electronic Filing*

6  *program (ECF) under General Order 45*);

7

8    (2)    Discussed the available dispute resolution options provided by the Court and private

9  entities; and

10

11    (3)    Considered whether this case might benefit from any of the available dispute

12  resolution options.

13

14    Dated: March 17, 2008

15

16    By

17       Michael Goldberg
         World Savings Bank FSB (renamed "Wachovia
18       Mortgage, FSB") and Golden West Savings
         Association Service Company

19

20    Dated: March 17, 2008              REED SMITH LLP

21

22    By

23       R. Euna Kim
         Attorneys for Defendants World Savings Bank FSB
         (renamed "Wachovia Mortgage, FSB") and Golden
24       West Savings Association Service Company

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On March 17, 2008, I served the following document(s) by the method indicated below:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

☐ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

ADR Unit of the United States District Court for the Northern District of California
E-mail: adr@cand.uscourts.gov

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 17, 2008, at San Francisco, California.

Glenn E. Guzik

- 1 -
CERTIFICATE OF SERVICE