BILL FORD, ESQ.  BAR #: 225664
1455 Serra Drive
Pacifica, CA 94044
TEL: (650) 355-1455
E-mail: billford@yahoo.com

Defendant in Pro Per BILL FORD and
Attorney for Defendants SUSAN FEDERIGHI and JEFFREY FORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KEVIN R. McLEAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO.; SUSAN FEDERIGHI; BILL FORD; JEFFREY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN,<br><br>　　　　Defendants. | CASE NO.: 3:07-cv-5594 JSW<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL**<br><br>Judge: Hon. Jeffrey S.White |

    Pursuant to Civil L.R. 16-8(b) and ADR L.R.3-5(b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available resolution options.

DATED: March 17, 2008     By: ___***/S/***___
                              Defendant Susan Federighi

DATED: March 17, 2008     By: ___***/S/***___
                              Defendant Jeffery Ford

DATED: March 17, 2008     By: ___***/S/***___
                              Defendant In Pro Per Bill Ford and Attorney for
                              Defendants Susan Federighi and Jeffery Ford