1  WILLIAM L. VEEN, NO. 043150, *in propria persona*
   THE VEEN FIRM, P.C.
2  711 Van Ness Avenue, Suite 220
   San Francisco, CA 94102
3  P.O. Box 7296
   San Francisco, CA  94120-7296
4  Telephone: (415) 673-4800
   Facsimile: (415) 771-5845
5  *MC.Team@Veenfirm.com*

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO/OAKLAND DIVISION

11 KEVIN R. McLEAN,                    | CASE NO. 3:07-cv-5594 JSW

12         Plaintiff,                  | **ADR CERTIFICATION BY PARTIES AND COUNSEL**

13    v.

14 WORLD SAVINGS FSB; INTEGRITY
   INVESTMENT GROUP, LLC; GOLDEN
15 WEST SAVINGS ASSOCIATION SERVICE
   CO.; SUSAN FEDERIGHI; BILL FORD;
16 JEFFERY FORD; CALIFORNIA FRANCHISE
   TAX BOARD; and WILLIAM L. VEEN,
17
         Defendants.

18

19         Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he

20 or she has:

21         1.      Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of*

22 *California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are*

23 *available from the clerk's office for parties in cases not subject to the court's Electronic Filing program (ECF) under*

24 *General Order 45*);

25         2.      Discussed the available dispute resolution options provided by the Court and private

26 entities; and

27 ///

28 ///

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel (415) 673-4800
www.veenfirm.com

ADR CERTIFICATION BY PARTIES AND COUNSEL

1        3.      Considered whether this case might benefit from any of the available dispute

2    resolution options.

3    DATED:  March 18, 2008                    THE VEEN FIRM, P.C.

4

5

6                                             By:  _____

7                                                  William L. Veen, *in propria persona*

8    173994_1.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE VEEN FIRM, P.C.
711 VAN NESS AVE., SUITE 220
SAN FRANCISCO, CA 94102
Tel (415) 673-4800
www.veenfirm.com

-2-

ADR CERTIFICATION BY PARTIES AND COUNSEL

1    <u>**PROOF OF SERVICE**</u>

2    I am employed in the City and County of San Francisco, State of California. I am over 18 years of age and not a party to this action. My business address is The Veen Firm, P.C., 711 Van Ness

3    Avenue, Suite 220, San Francisco, California 94102.

4    On the date below I served a true copy of the following document(s):

5    **ADR CERTIFICATION BY PARTIES AND COUNSEL**

6    on the interested parties to said action by the following means:

7    ☐    **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I

8    am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it

9    is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

10

11    ☐    **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to The Veen Firm, P.C., for delivery by Federal Express to the address(es) shown below.

12    ☐    **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (415) 771-5845 to the attorney(s) or party(ies)

13    shown below.

14    ☐    **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of Western Messenger Service for guaranteed, same-day

15    delivery to the address(es) shown below.

16    ☐    **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below

17    ☒    **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the

18    documents to be sent to the persons at the e-mail addresses listed below. I did not receive,

19    within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

20

21    Kevin R. McLean, Esq.                        Jack R. Nelson, Esq.
      krm@bellilaw.com                             Jnelson@reedsmith.com

22    Law Offices of Belli & McLean                R. Euna Kim, Esq.
      473 Jackson Street, 2ⁿᵈ Floor                ekim@reedsmith.com

23    San Francisco, CA 94111                      Reed Smith, LLP
                                                   Two Embarcadero Center, Suite 2000

24    Mark J. Romeo, Esq.                          San Francisco, CA 94111-3922
      Law Offices of Mark J. Romeo

25    153 Townsend Street, Suite 950               ADR Unit of the United States District Court
      San Francisco, CA 94107-1907                 for the Northern District of California

26    romeolaw@msn.com                             adr@cand.uscourts.gov

27    ///

28    ///

1  Jeffrey M. Vucinich, Esq.
   Clapp Moroney Bellagamba & Vucinich
2  1111 Bayhill Drive, Suite 300
   San Bruno, CA 94066
3  jvucinich@clappmoroney.com

4
        I declare under penalty of perjury under the law of the State of California that the foregoing
5  is true and correct.

6  DATED: March 18, 2008                    _____
                                              Margo C. Banowicz
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28