1  Jack R. Nelson (SBN 111863)
   Email: jnelson@reedsmith.com
2  R. Euna Kim (SBN 222141)
   Email: ekim@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
8
   Attorneys for Defendants World Savings Bank
9  FSB (renamed "Wachovia Mortgage, FSB") and
   Golden West Savings Association Service
10 Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN R. MCLEAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>WORLD SAVINGS FSB; INTEGRITY INVESTMENT GROUP LLC; GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO; SUSAN FEDERICHI; BILL FORD; JEFFERY FORD; CALIFORNIA FRANCHISE TAX BOARD; WILLIAM L. VEEN.<br><br>            Defendants. | Case No.: 3:07-cv-5594 JSW<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date:    March 28, 2008<br>Time:    1:30 p.m.<br>Ctrm:    2, 17th Floor<br><br>The Honorable Jeffrey S. White |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, Local Rule 16-9 and the Standing Order for all Judges of the Northern District of California, Defendants World Savings FSB ("World Savings"), Integrity Investment Group LLP ("Integrity Investment"), Golden West Savings Association Service Co. ("Golden West"), Susan Federichi, Bill Ford, Jeffrey Ford and William L. Veen (hereinafter collectively "Defendants") jointly submit this Case Management Conference Statement. Defendants make the following representations and recommendations:

1. **Jurisdiction and Service:**

Defendants believe that this Court lacks subject matter jurisdiction over the action because Plaintiff Kevin McLean's ("Plaintiff") claims do not present a federal question under 28 U.S.C. Section 1331. The subject matter of the action – the state's non-judicial foreclosure procedure – constitutes a private action, and is therefore exempt from the due process requirements of the Federal Constitution. Moreover, actions involving foreclosure proceedings conducted under the California non-judicial foreclosure statute, which is the entire focus of Plaintiff's claims, do not raise a federal question, and should not be adjudicated in federal court. The propriety of this Court's exercise of jurisdiction over this action is the subject matter of the Defendants' pending Motions to Dismiss set to be heard on March 28, 2008.

2. **Facts:**

Sometime in November 2003, Plaintiff entered into a mortgage agreement with Defendant World Savings concerning his residence located in Woodside, California. Due to Plaintiff's failure to comply with the terms of such mortgage, on April 25, 2007, World Savings, through its agent Golden West, filed a notice of default and election to sell. On the same day, Golden West recorded a notice of Trustee's sale. On May 15, 2007, Plaintiff filed a petition for bankruptcy pursuant to Chapter 11 of the United States Bankruptcy Code. Plaintiff alleges that on October 3, 2007, World Savings, through Golden West, unlawfully foreclosed against the property by holding a trustee sale without giving notice to Plaintiff. Defendants believe the sale was correct and noticed properly. Plaintiff alleges that Integrity Investment Group, LLC, Bill Ford, Susan Ford, Jeffrey Ford, Golden

West, World Savings, the California Tax Franchise Board, Susan Federighi and William Veen claim an interest in the subject property but disputes such interests in the property.

**3.  Legal Issues:**

The principle legal issue in this case is whether the foreclosure sale was properly conducted pursuant to Cal. Civ. Code Section 2924 and whether Defendant Integrity Investment was a bona fide purchaser.

4.  **Motions:** Currently pending before this Court are the following motions:

   A.   Golden West and World Savings' Motion to Dismiss Pursuant to FRCP 12(b)(1).

   B.   Susan Federighi, Bill Ford, Jeffrey Ford's Motion to Dismiss Pursuant to FRCP 12(b)(1).

   C.   Integrity Investment's Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6), and Motion to Expunge Notice of Pending Action and for Attorneys Fees.

5.  **Amendment of Pleadings:**  None contemplated at this time.

6.  **Evidence Preservation:**  No issue contemplated, as the scope of relevant documents is narrow.

7.  **Disclosures:** The parties are exempted for the requirements of FRCP 26(a)(1) pursuant to FRCP 26(a)(1)(B).

8.  **Discovery:** The parties will follow the presumptive limits of the Federal Rules.

9.  **Class Action:**  N/A

10. **Related Cases:** Integrity Investment Group LLC v. Kevin McLean, 07-6621 MHP. A motion to remand is under submission.

11. **Relief:** For a declaration that the subject property belongs as the sole property of Plaintiff; general and special damages; and punitive damages.

12. **Settlement and ADR:** The defendants stipulate to a settlement conference conducted by a magistrate judge.

13. **Consent to Magistrate Judge for all Purposes:** Golden West and World Savings do not consent to a magistrate judge for all purposes. Integrity Investment, Susan Federichi, Bill Ford, Jeffrey Ford and William L. Veen consent to a magistrate judge for all purposes.

14. **Other References:** None.

15. **Narrowing of Issues:** None.

16. **Expedited Schedule:** None.

17. **Scheduling:** Defendants believe the pending motions to dismiss, scheduled to be heard on March 28, 2008, are well taken and should be granted. Defendants therefore believe that no further scheduling will be necessary.

18. **Trial:** 2 day estimate; court trial requested.

19. **Disclosure of Non-party Interested Entities or Persons:** None

20. **Such other matters as may facilitate the just, speedy and inexpensive disposition of this**

**matter.** None

DATED: March 21, 2008                LAW OFFICES OF MARK J. ROMEO

                                     By: /s/ Mark J. Romeo
                                         Mark J. Romeo
                                         Attorneys for Integrity Investment Group, LLC

DATED: March 21, 2008                THE VEEN FIRM, P.C.

                                     By: /s/ William Louis Veen
                                         William Louis Veen
                                         Pro Se

DATED: March 21, 2008

                                     By: /s/ Bill Ford
                                         Bill Ford
                                         *In propria persona*

DATED: March 21, 2008

                                     By: /s/ Bill Ford
                                         Bill Ford
                                         Attorneys for Jeffrey Ford and Susan Federighi

DATED: March 21, 2008                REED SMITH, LLP

                                     By: /s/ R. Euna Kim
                                         R. Euna Kim
                                         Attorneys for World Savings Bank FSB (renamed
                                         "Wachovia Mortgage, FSB") and Golden West Savings
                                         Association Service Company

No.: 3:07-cv-5594 JSW                – 4 –
                            CASE MANAGEMENT STATEMENT