**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN R. MCLEAN,

    Plaintiff,                               No. C 07-05594 JSW

  v.

WORLD SAVINGS FSB, et al.,          **JUDGMENT**

    Defendants.
_____/

      Pursuant to the Order granting Defendants' motions to dismiss entered today, this action is DISMISSED. The Clerk is directed to close the file.

      **IT IS SO ORDERED AND ADJUDGED.**

Dated: March 25, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE